Case 1:12-cr-00092-DWM   Document 35   Filed 09/03/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America
v.
WAYLON RONALD BURNS

Case No: CR 12-92-BLG-DWM
USM No: 12077-046

Date of Original Judgment: 05/23/2013
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

David F. Ness
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **188** months **is reduced to** **177**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **05/23/2013** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: September 3, 2024

Effective Date: September 3, 2024
*(if different from order date)*

Donald W. Molloy, District Judge
*Printed name and title*